IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOLEEN HANSON,

        Plaintiff,

v.

ANDREW M. SAUL,
Commissioner of Social Security

        Defendant.

Case No. 17-cv-659-wmc

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew M. Saul, Commissioner of Social Security and against plaintiff Joleen Hanson affirming the Commissioner's decision and dismissing this case.

| s/ K. Frederickson, Deputy Clerk | 9/25/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |